**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01231-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

NICHOLAS A. GIANNETTO,

    Plaintiff,

v.

WARDEN/MANAGER OF SAFETY AND EXCISE,
EX-OFFICIO SHERIFF AND DIRECTOR,
CITY AND COUNTY OF ADAMS COUNTY JAIL,
THE STATE OF COLORADO,
GOVERNOR HICKENLOOPER,
DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, Executive Director,
C.D.O.C. MEDICAL STAFF, of Buena Vista Correctional Facility, Rifle Correctional
    Facility, and Cheyenne Mountain Re-Entry Center/Correctional Facility, a.k.a.
    C.E.C.,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    On April 4, 2014, Plaintiff submitted a Prisoner Complaint.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  prisoner's trust fund statement is not certified
(4)  _X_  the attached **certified** prisoner trust fund statement does not cover the **6-month period immediately preceding** the filing of this action
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other: _____

**Complaint, Petition or Application**:

(11) ___  is not submitted
(12) _X_  is not on proper form (not all sections of the Court-approved form are included)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) _X_  addresses must be provided for all defendants/respondents
(18) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Use of a Court-approved form is required to cure deficiencies. It is

2

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED April 30, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge