IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01231-BNB


NICHOLAS A. GIANNETTO,

     Plaintiff,

v.

WARDEN/MANAGER OF SAFETY AND EXCISE,
EX-OFFICIO SHERIFF AND DIRECTOR,
CITY AND COUNTY OF ADAMS COUNTY JAIL,
THE STATE OF COLORADO,
GOVERNOR HICKENLOOPER,
DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, Executive Director,
C.D.O.C. MEDICAL STAFF, of Buena Vista Correctional Facility, Rifle Correctional
     Facility, and Cheyenne Mountain Re-Entry Center/Correctional Facility, a.k.a.
     C.E.C.,

     Defendants.

_____

ORDER OF DISMISSAL

_____

On April 30, 2014, Plaintiff, Nicholas A. Giannetto, initiated this action by filing

*pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915.  Magistrate Judge Boyd N. Boland ordered Plaintiff to

submit to the Court a certified trust fund account statement for the six-month period

immediately preceding the filing of this action, to provide addresses for all named

defendants, and to submit a Complaint that includes all the sections included in a proper

Court-approved form.  Plaintiff was warned that the action would be dismissed without

further notice if he failed to cure the deficiencies within thirty days.

On May 5, 2014, Plaintiff submitted a certified account statement and a list of

addresses for some but not all named defendants.  Plaintiff did not submit a Complaint

that includes all the sections that are included in a Court-approved form.  In a Minute

Order entered on May 7, 2014, Magistrate Judge Boland clarified the April 30 Order and

again directed Plaintiff to file a Complaint that includes all the sections of a Court-

approved form and that he may obtain a form at www.cod.uscourts.gov with the

assistance of his case manager or the facility's legal assistant.  Plaintiff was given an

additional thirty days from the May 5 Order to comply with the April 30 Order to cure.

Plaintiff has failed to cure the deficiencies within the time allowed.  The Court,

therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied

for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If

Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a

motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance

with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice

pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to

prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied.  It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Under 28 U.S.C. § 1915, ECF No. 3, is denied as moot.

DATED at Denver, Colorado, this __13th__ day of ___June_____, 2014.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court