IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01231-LTB

NICHOLAS A. GIANNETTO,

    Plaintiff,

v.

WARDEN/MANAGER OF SAFETY AND EXCISE,
EX-OFFICIO SHERIFF AND DIRECTOR,
CITY AND COUNTY OF ADAMS COUNTY JAIL,
THE STATE OF COLORADO,
GOVERNOR HICKENLOOPER,
DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, Executive Director,
C.D.O.C. MEDICAL STAFF, of Buena Vista Correctional Facility, Rifle Correctional
    Facility, and Cheyenne Mountain Re-Entry Center/Correctional Facility, a.k.a.
    C.E.C.,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 13, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13th day of June, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                    Deputy Clerk